## SUPREME COURT.

EDWARD RICHMOND agt. PELEG SHERMAN, and others.

*Another decision that no more than five term fees for noticing and putting a cause on the calendar of the court of appeals, can be allowed and taxed.*

*Third District General Term, March,* 1862.

*Before* HOGEBOOM, PECKHAM *and* MILLER, *Justices.*

ON filing the remmittitur in this cause from the court of appeals in the supreme court, the clerk of Rensselaer county taxed the plaintiff's costs and allowed more than five term fees in the court of appeals. The defendants appealed from the clerk's taxation to the special term, where Mr. Justice G. G. BARNARD reversed the taxation, and held that five term fees only were properly taxable.

IRVING BROWNE, *for plaintiff,*

thereupon appealed from the decision of the special term to the general term.

JEREMIAH ROMEYN, *for defendants.*

The COURT *held* that no more than five terms in the court of appeals were taxable, and affirmed the decision at special term.